# UNITED STATES DISTRICT COURT
for the
Western District of Missouri
Southern Division

| | |
|---|---|
| Mr. Noel J. P. Engel<br>As Related to<br>Case No. 16-1124-CV-REL<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Multiple Defendants Attached Defendants I<br>As Related to<br>Case No. 16-1124-CV-REL<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Noel J. P. Engel |
| Street Address | 35 Kyle Dr. |
| City and County | Lampe, Stone |
| State and Zip Code | Missouri 65681 |
| Telephone Number | (417) 527-2982 |
| E-mail Address | noelengel@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Multiple Defendants Attached Defendants I
  Job or Title (if known): Members of Congress
  Street Address: Capitol St NE & First St SE,
  City and County: Washington DC County not known to Plaintiff
  State and Zip Code: District of Columbia, 20004
  Telephone Number: (202) 226-8000
  E-mail Address (if known): not known to plaintiff

Defendant No. 2
  Name: Office of the Sergeant of Arms
  Job or Title (if known): Senate Seargent of Arms & Door Keeper
  Street Address: Capitol St NE & First St SE,
  City and County: Washington DC County not known to Plaintiff
  State and Zip Code: District of Columbia, 2004 Rm S-151
  Telephone Number: (202) 224-2341
  E-mail Address (if known): Not Known

Defendant No. 3
  Name: Multiple Defendants Attached Defendants I
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Multiple Defendants Attached Defendants I
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Attached Jurisdiction II Venue III, also in Relation to Candy Sloan 18 U.S. Code Chapter 49 - FUGITIVES FROM JUSTICE possibly wanted by Jasper County, Missouri.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Mr. Noel J. P. Engel, is a citizen of the State of *(name)* Missouri.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Defendants Attached, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

## JURISDICTION: II

The Court has Jurisdiction Federal question of Jurisdiction under the Jurisdiction 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 28 CFR 50.10 - Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media. 25 CFR 11.406 - Criminal Coercion, 36 CFR 2.34 - Disorderly conduct, Federal question of jurisdiction to 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant to the pursuant of 18 U.S. Code § 1001 - Statements or entries generally & 18 U.S. Code § 1343 - Fraud by wire, radio, or television also in regards to in Television & question of jurisdiction 18 U.S. Code § 2261A – Stalking, 18 U.S. Code § 1030 - Fraud and related activity in connection with computers, 18 U.S. Code § 2701 - Unlawful access to stored communications, 18 U.S. Code § 875 - Interstate communications, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE, 18 U.S. Code § 242 - Deprivation of rights under color of law, 42 U.S. Code § 1983 - Civil action for deprivation of rights, 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally, 18 U.S. Code Chapter 113B – TERRORISM, 18 U.S. Code § 2381 – Treason, 18 U.S. Code § 3 - Accessory after the fact.

Missouri Revised Statutes under Jurisdiction 455.010.1 Section 565.090.1 Section 565.253, Prostitution 567.010. 567.020. 574.115 565.083 Section 565.090.1 Harassment, Invasion of Privacy 565.253, To Unlawful assembly—penalty 574.040, Animal Abuse Section 578.012.1 to which this Plaintiff is 1/8th Native American under question of Jurisdiction to which the Bureau of Indian Affairs & Ancestry under diversity of citizenship & amount controversy is greater than $75,000.00.

.

## *VENUE: III*

Venue is proper pursuant to under the Jurisdiction 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 28 CFR 50.10 - Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media to 18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 25 CFR 11.406 - Criminal Coercion, 36 CFR 2.34 - Disorderly conduct & to the pursuant of 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, 18 U.S. Code § 1001 - Statements or entries generally to the jurisdiction of 18 U.S. Code § 2261A – Stalking, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE, 18 U.S. Code § 1030 - Fraud and related activity in connection with computers, 18 U.S. Code § 2701 - Unlawful access to stored communications & 18 U.S. Code § 1343 - Fraud by wire, radio, or television also in regards to in Television to the pursuant of 18 U.S. Code § 875 - Interstate communications, & to the pursuant of 18 U.S. Deprivation of rights under color of law, 42 U.S. Code § 1983 - Civil action for deprivation of rights, 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally, 18 U.S. Code Chapter 113B – TERRORISM, 18 U.S. Code § 2381 – Treason, 18 U.S. Code § 3 - Accessory after the fact.

Missouri Revised Statutes under Venue 455.010.1 Section 565.090.1 Section 574.115 565.083 Section 565.090.1Harassment, Invasion of Privacy 565.253 Prostitution 567.010. 567.020, Unlawful assembly--penalty. 574.040, Animal Abuse Section 578.012.1 the defendant through is the proper venue against the Parties are in the jurisdiction & Pro Se Plaintiff lives in the district of jurisdiction. 18 U.S. Code § 242 - Deprivation of rights under color of law to which this Plaintiff is 1/8th Native American under question of Jurisdiction to which the Bureau of Indian Affairs.

b. If the defendant is a corporation

The defendant, *(name)* Multiple Defendants Attached Defendant , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants Value is Greater than $75,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Washington DC Stone, Taney, Greene, Jasper County Missouri

B. What date and approximate time did the events giving rise to your claim(s) occur?

April 2016 to Present.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Failure to Comply to the Cease & Desist Letter from Plaintiff

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Mental & Emotional Distress by defendants actions.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Service of Summons to Members of Congress, Service of Summons to the Office of the Sergeant of Arms & Doorkeeper. Under Jurisdiction & Venue of the case therefore to Cease & Desist the Impeachment Hearings.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/20/2017

Signature of Plaintiff        Pro Se *[signature]*
Printed Name of Plaintiff     Pro Se Mr. Noel J. P. Engel

### B. For Attorneys

Date of signing: 06/20/2017

Signature of Attorney         Pro Se *[signature]*
Printed Name of Attorney      Pro Se Mr. Noel J. P. Engel
Bar Number                    Pro Se
Name of Law Firm              Pro Se
Street Address                35 Kyle Dr.
State and Zip Code            Missouri 65681
Telephone Number              (417) 527-2982
E-mail Address                noelengel@gmail.com

Pro Se Plaintiff Noel J. P. Engel 35 Kyle Drive Lampe, Missouri 65681 417-527-2982
noelengel@gmail.com

## I. Defendants

Pro Se Principal Defendant: Gray Television & Subsidiaries (KOLR KSPR KY3 of Springfield, Missouri) Atlanta, Georgia Computershare P. O. Box 43006 30319 (404) 266-8333

Pro Se Defendant: Sinclair Broadcast Group, Inc. 10706 Beaver Dam Road Hunt Valley, Maryland 21030. Ph : 410.568.1500

Pro Se Defendant: 1211 Avenue of the Americas & Subsidiaries - FOX Network & Subsidiaries 1211 Avenue of the Americas, 2nd Floor, New York, NY 10036 (212) 301-3000

Pro Se Defendant: Disney Shareholder Services c/o Broadrige Corporate issuer solutions P. O. Box 1342 Brentwood, Ny 11717 & Subsidiaries - ABC Network & Subsidiaries New York, NY 77 W 66th St #13, New York, NY 10023 (212) 664-3700

Pro Se Defendant: General Electric 3135 Easton Turnpike, Fairfield, CT (800) 417-0575 - NBC & Subsidiaries 30 Rockefeller Plaza. New York, NY – 10112

Pro Se Defendant: Time Warner Inc. One Time Warner Center New York, NY 10019-8016 212-484-8000 & Subsidiaries - CNN 190 Marietta St NW, Atlanta, GA 30303 1-404-827-1700

Pro Se Defendant: Viacom & Subsidiaries 1515 Broadway, New York, NY 10036 Phone: (212) 258-6000

Pro Se Defendant: CBS Corporation 51 W. 52nd Street New York, NY 10019-6188 1-212-975-4321

Pro Se Defendant: NBC 30 Rockefeller Plaza, New York, N.Y. 10112. (212) 664-4444

Pro Se Defendant: The Hearst Corporation & Subsidiaries 300 W. 57th St. New York, Ny 10019 (212) 649-2000

Pro Se Defendant: Journal Media Group 333 W State St MILWAUKEE, WI 53203-1305 United States +1-414-224- 2000

Pro Se Defendant: MundoMax 1440 S Sepulveda Blvd # 3 Los Angeles, California 90025-3458 United States

Pro Se Defendant: Univision Communications 605 3rd Ave, New York, NY 10158 Phone: (212) 455-5200

Pro Se Defendant: ZGS Communications 2000 N. 14th Street Suite 400 Arlington Virginia 22201 703-528-5656

Pro Se Defendant: USA Today Headquarters Address. 7950 Jones Branch Drive McLean, VA 22108 (703) 854-3400

Pro Se Defendant: Gannett Co., Inc. 7950 Jones Branch Drive McLean, Virginia 22107 703-854-6000

Pro Se Defendant iHeartMedia & Subsidiaries 14001 Dallas Pkwy, Dallas, TX 75240 (214) 866-8000

Pro Se Defendant: Allbritton Communications Company 1100 Wilson Blvd Arlington, VA 22209 703-236-9480

Pro Se Defendant: President Donald J. Trump 1600 Pennsylvania Ave NW, Washington, DC 20500, Switchboard: 202-456-1414. Subsidiaries Including Mar-a-Largo Florida

Pro Se Defendant: Trump Organization 725 Fifth Avenue New York, NY 10022 New York, NY & Subsidiaries Phone: 212-832-2000.

Pro Se Defendant: R. Marco Rubio Florida, 284 Russell Senate Office Building Washington, DC 20510 Phone: 202-224-3041

Pro Se Defendant: R. Mitch McConnell Kentucky adr: U.S. Senate, 317 Russell Senate Office Building, Washington, DC 205100001 ph: (202) 224-2541

Pro Se Defendant: Hillary Clinton 610 President Clinton Avenue Little Rock, AR 72201 646.775.9179

Pro Se Defendant: Frmr. President Barack Obama, Malia Obama 5046 S Greenwood Ave Chicago, IL 60615 (773) 702-1234 2500 W. Golf Road Hoffman Estates, IL 60169-1114

Pro Se Defendant: Republican National Committee 310 First St SE, Washington, DC 20003 (202) 863-8500

Pro Se Defendant: Democratic National Committee 430 S Capitol St SE #3, Washington, DC 20003 (202) 863-8000

Pro Se Defendant: Chick FIl A Corporate Headquarters 5200 Buffington Rd. Atlanta, GA 30349 Springfield, Branson, Missouri & Subsidiaries 1-404-765-8038

Pro Se Defendant: Exxon Mobil 5959 Las Colinas Boulevard Irving, Texas 75039-2298 (972) 444-1000 & Subsidiaries

Pro Se Defendant: Sodexo USA Headquarters 9801 Washingtonian Blvd. Gaithersburg, MD 20878  Phone: 301 987 4000

Pro Se Defendant:  College of the Ozarks, 100 Opportunity Avenue, Point Lookout, Missouri 65726 1-800-222-0525 & Subsidiaries

Pro Se Defendant:  Branson, Missouri City Hall Branson, Missouri 110 W Maddux St # 210, Branson, MO 65616 (417) 357-6114 or 6115

Pro Se Defendant:  Stone County Missouri Prosecuting Attorney office Galena, MO 65656 (417) 357-6137

Pro Se Defendant:  Stone County Missouri Circuit Court Post Office Box 18 Suite F 110 South Maple, Galena, MO 65656

Pro Se Defendant:  Branson, Missouri Police Department 110 W Maddux St # 100, Branson, MO 65616 (417) 334-3300

 Pro Se Defendant:  Branson West, Missouri Police Department 110 Silver Lady St, Branson West, MO 65737 (417) 272-3400

Pro Se Defendant:  Kimberling City, Missouri Police Department Mark Twain National Forest, 34 Kimberling Blvd, Kimberling City, MO 65686

Pro Se Defendant:  Taney County Missouri Sheriff Department 266 Main St, Forsyth, MO 65653 (417) 546-7250

Pro Se Defendant:  Stone County Missouri Sheriff Department: 110 Maple St, Galena, MO 65656 Phone: (417) 357-6116

Pro Se Defendant:  Greene County Sheriff Department 1010 N Boonville Ave, Springfield, MO 65802 (417) 868-4040

Pro Se Defendant:  Springfield, Missouri Police Department 321 E Chestnut Expy., Springfield, MO 65802 Phone: (417) 864-1810

Pro Se Defendant:  Greene County Sheriff Department 1010 N Boonville Ave, Springfield, MO 65802 (417) 868-4040

Pro Se Defendant:  Secret Service, 245 Murray Ln. Washington, D. C. 20223 (202) 405-5708

Pro Se Defendant: Federal Bureau of Investigation 935 Pennsylvania Ave NW, Washington, DC 20535 Washington D.C.  (202) 324-3000

Pro Se Defendant: Internal Revenue Service, 1111 Constitution Ave NW, Washington, DC 20224 Phone: (202) 622-5000

Pro Se Defendant: The United States Government 441 4th St NW, Washington, DC 20001 (202) 727-3400

Pro Se Defendant: Hilton Worldwide Global Headquarters & Subsidiaries 7930 Jones Branch Drive McLean, Virginia 22102 USA Tel: +1 703 883 1000

Pro Se Defendant: Washington Post 1150 15th St. NW Washington DC 20071 (202) 334-6000

Pro Se Defendant: USA Today Headquarters Address. 7950 Jones Branch Drive McLean, VA 22108 (703) 854-3400

Pro Se Defendant: AOL America Online Subsidiary of AOL Huffington Post 770 Broadway New York, Ny 10003 Ph: (212) 652-6400

Pro Se Defendant: The Bank of Missouri 2360 E Sunshine St, Springfield, MO 65807 Phone: (417) 881-4600

Pro Se Defendant: Dr Pepper Snapple Group, Inc & Subsidiaries 5301 Legacy Drive Plano, TX 75024 (972) 673-7000

Pro Se Defendant: Computershare Trust Company, N.A. c/o Computershare, Inc. & Subsidiaries 250 Royall Street Canton, MA 02021 Toll Free: 1-877-745-9312 Direct: (781) 575-4033

Pro Se Defendant: Computershare Australia & Subsidiaries GPO Box 2975 Melbourne VIC 3000 Street Address: Yarra Falls, 452 Johnston Street, Abbotsford, VIC, 3067

Pro Se Defendant: Microsoft & Subsidiaries Microsoft Headquarters One Microsoft Way Redmond, WA 98052 1-425-882-8080

Pro Se Defendant: McKee Foods Corporation & Subsidiaries: 555 McKee Dr, Gentry, AR 72734 (479) 736-2601

Pro Se Defendant: Mission Broadcasting, Inc. & Subsidiaries Address: 30400 Detroit Ave, Cleveland, OH 44145 Phone: (440) 526-2227

Pro Se Defendant: ISIS, Al Qaeda, Taliban Location not known to Pro Se Plaintiff, To Be served by Military.

Pro Se Defendant: Ken Roberts Defendants address under New York County, No. 652676/2017