Dear: Springfield, Missouri Federal Court Chief Justice

To Explain to the Court why I had Requested that a Chief Justice Preside over the case in regards to the case where a President is involved & Members of Congress are involved as to the Constitution & the Cease & Desist Letter I had Sent under the question of Jurisdiction & Venue is in according to the Constitution is why I had Requested that a Chief Justice Preside over the Case as I will be adding more to the case. Thank-You.

As According to the Constitution be Liable & Subject to Indictment, Trial, Judgment & Punishment the Cease & desist Letter therefore Failure to Comply to the Cease & Desist Letter the defendants are Liable. Therefore in Relation to Case No.16-1124-CV-REL to further explain this Mr. Engel actions on Facebook & Twitter with the Subpoena, Warrant's & possible Waiver for an Indictment or even Jury Trial by Video Conference where is why this Mr. Engel can therefore Sue in regards to the Cease & Desist Letter because the Stated in Missouri 565.090.1 Harassment, Invasion of Privacy 565.253 & Federal 36 CFR 2.34 - Disorderly conduct which is also considered Disturbing the Peace under Section A. § 2.34 Disorderly conduct.

(a) A person commits disorderly conduct when, with intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof, such person commits any of the following prohibited acts:

(1) Engages in fighting or threatening, or in violent behavior.

(2) Uses language, an utterance, or gesture, or engages in a display or act that is obscene, physically threatening or menacing, or done in a manner that is likely to inflict injury or incite an immediate breach of the peace.

(3) Makes noise that is unreasonable, considering the nature and purpose of the actor's conduct, location, time of day or night, and other factors that would govern the conduct of a reasonably prudent person under the circumstances.

(4) Creates or maintains a hazardous or physically offensive condition.

(b) The regulations contained in this section apply, regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the United States.

The Court has Jurisdiction Federal question of Jurisdiction under the Jurisdiction & Venue.

18 U.S. Code § 205 - Activities of officers and employees in claims against and other matters affecting the Government, 28 CFR 50.10 - Policy regarding obtaining information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media. 25 CFR 11.406 - Criminal Coercion, 36 CFR 2.34 - Disorderly conduct, Federal question of jurisdiction to 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant to the pursuant of 18 U.S. Code § 1001 - Statements or entries generally & 18 U.S. Code § 1343 - Fraud by wire, radio, or television also in regards to in Television & question of jurisdiction 18 U.S. Code § 2261A – Stalking, 18 U.S. Code § 1030 - Fraud and related activity in connection with computers, 18 U.S. Code § 2701 - Unlawful access to stored communications, 18 U.S. Code § 875 - Interstate communications, 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE, 18 U.S. Code § 242 - Deprivation of rights under color of law, 42 U.S. Code § 1983 - Civil action for

deprivation of rights, 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally, 18 U.S. Code Chapter 113B – TERRORISM, 18 U.S. Code § 2381 – Treason, 18 U.S. Code § 3 - Accessory after the fact.

Missouri Revised Statutes under Jurisdiction 455.010.1 Section 565.090.1 Section 565.253, Prostitution 567.010. 567.020. 574.115 565.083 Section 565.090.1 Harassment, Invasion of Privacy 565.253, To Unlawful assembly—penalty 574.040, Animal Abuse Section 578.012.1 to which this Plaintiff is 1/8th Native American under question of Jurisdiction to which the Bureau of Indian Affairs & Ancestry under diversity of citizenship & amount controversy is greater than $75,000.00.

From the Constitution:

Article I Section 6 as stated the Members of Congress can therefore be Arrested & will be with the Subpoena's, & Warrants for Arrest of a Witness in a Civil Action.

Article I Section 6 They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

Article I Section 7: Judgment in Cases of impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Article III Section 3: The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.
Section 6

1: The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States.6 They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

Sincerely:

Signature: _[signature]_ Date 06/20/2017
Mr. Noel J. P. Engel